# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ROBERT Q., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil No.: 2:20-cv-00016-NT |
| | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

It is hereby ORDERED that Plaintiff, Robert Q., is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $6,020.00, and costs in the amount of $400.00, to be paid separately from the Judgment Fund.

Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that the Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exits, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

So Ordered.

/s/ Nancy Torresen
U.S. District Judge

Dated this 7th day of October, 2020.